| | |
|---|---|
| 1 | Scott A. Kamber   (*pro hac vice*) |
| 2 | skamber@kamberlaw.com |
|   | David A. Stampley (*pro hac vice*) |
| 3 | dstampley@kamberlaw.com |
|   | KAMBERLAW, LLC |
| 4 | 100 Wall Street, 23rd Floor |
|   | New York, New York 10005 |
| 5 | Telephone:  (212) 920-3072 |
| 6 | Facsimile:   (212) 920-3081 |
| 7 | Interim Class Counsel |
|   | Avi Kreitenberg (SBN 266571) |
| 8 | akreitenberg@kamberlaw.com |
| 9 | KAMBERLAW, LLP |
|   | 1180 S. Beverly Dr., Ste. 601 |
| 10 | Los Angeles, California 90035 |
|    | Telephone:  (310) 400-1050 |
| 11 | Facsimile:   (310) 400-1056 |
| 12 | Additional counsel listed on signature page |

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE SPECIFIC MEDIA FLASH LSO LITIGATION | **Case No. SACV 10-01256 GW (JCGx)**<br><br>**DECLARATION OF DAVID A. STAMPLEY IN SUPPORT OF PLAINTIFFS' MEMORANDUM AND POINTS OF AUTHORITY IN OPPOSITION TO DEFENDANT SPECIFIC MEDIA'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED, CONSOLIDATED COMPLAINT** |

Stampley Decl.                                                        Case No. 2:10-cv-01256-GW-JCG

I, David A. Stampley, declare as follows:

I am an attorney-at-law duly licensed to practice before all of the courts of the States of New York and am admitted *pro hac vice* before this Court. I am a partner of KamberLaw, LLC ("KamberLaw"). I am one of the attorneys responsible for the handling of this litigation on behalf of KamberLaw, LLC. I make this declaration based upon my own personal knowledge.

The attached exhibits are true and accurate copies of the following documents that were filed with this Court in the related cases of *In re Clearspring Flash Cookie Litigation*, No. 2:10-cv-05948-GW-JCG (C.D.Cal) and *In re Quantcast Advertising Cookie Litigation*, No. 2:10-cv-05484-GW-JCG (C.D.Cal.):

Exhibit A: Joint Submission of Supplemental Information Regarding Plaintiffs Motion for Preliminary Approval of Class Action Settlement.

Exhibit B:  Stipulation and Agreement of Settlement dated December 12, 2011.

Respectfully, submitted

DATED: March 8, 2011            KAMBERLAW, LLC

s/David A. Stampley
David A. Stampley
dstampley@kamberlaw.com
KamberLaw, LLC
100 Wall Street, 23rd Floor
New York, New York 10005
Telephone:   (212) 920-3072
Facsimile:   (212) 920-3081

Interim Counsel for the Class

Stampley Decl.                                   Case No. 2:10-cv-01256-GW-JCG