**MADE JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SPECIFIC MEDIA FLASH LSO LITIGATION | CASE NO. SACV 10-1256-GW(JCGx) |
| | **ORDER OF DISMISSAL** |

The above-captioned matter is hereby DISMISSED WITH PREJUDICE as to Plaintiff STEFEN KAUFMAN and DISMISSED WITHOUT PREJUDICE as to all other putative class members.

IT IS SO ORDERED.

Dated:  August 29, 2011

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

ORDER                                                    Case No. 8:10-CV-01256-GW-JCG